State v. Suswell

PERSON County. Heard in the Court of Appeals 19 November 1975.

*Attorney General Edmisten by Associate Attorney Elisha H. Bunting, Jr., for the State.*

*Ramsey, Jackson, Hubbard & Galloway by Charles E. Hubbard and Mark Galloway for defendant appellant.*

HEDRICK, Judge.

Defendant purports to appeal from a judgment entered on his plea of guilty to the 5 February 1975 armed robbery of Roland Dickerson. There is no right of appeal from a plea of guilty or nolo contendere. G.S. 15-180.2; *State v. Carr*, 27 N.C. App. 39, 217 S.E. 2d 714 (1975).

Appeal dismissed.

Judges PARKER and ARNOLD concur.

———————

STATE OF NORTH CAROLINA v. CHARLES LEE SUSWELL

No. 7526SC519

(Filed 3 December 1975)

APPEAL by defendant from *Falls, Judge.* Judgment entered in Superior Court, MECKLENBURG County. Heard in the Court of Appeals 26 September 1975.

Pursuant to Indictment No. 74CR60769, defendant was charged with felonious breaking and entering and felonious larceny. From a plea of not guilty as to both counts, the jury returned a guilty verdict. From judgment sentencing him to a term of imprisonment, defendant appealed.

*Attorney General Edmisten, by Assistant Attorney General Myron C. Banks, for the State.*

*Michael P. Carr for defendant appellant.*

MORRIS, HEDRICK and ARNOLD, Judges.

No error.